1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE GUADALUPE VASQUEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            ) | NO. 1:10-cr-00182 LJO
   |                                      ) |
12 |         Plaintiff,                   ) | STIPULATION TO CONTINUE STATUS
   |                                      ) | CONFERENCE HEARING; ORDER THEREON
13 |     v.                               ) |
   |                                      ) | Date:  September 17, 2010
14 | JOSE GUADALUPE VASQUEZ                ) | Time:  9:00 A.M.
   | (aka Abel Corona-Sanchez),           ) | Judge: Hon. Lawrence J. O'Neill
15 |                                      ) |
   |         Defendant.                   ) |
16 | _____ ) |

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the status conference hearing in the above-referenced matter now set for September 3, 2010,

20 in the above-captioned proceedings **may be continued to September 17, 2010, at 9:00 A.M.**

21     This continuance is requested by counsel for defendant because he will not be in his office on the

22 date now set for hearing due to a family-related health issue. Assistant U.S. Attorney Susan Phan has no

23 objection to this request. The requested continuance will conserve time and resources for both counsel

24 and the court and also allow for continuity of counsel in these proceedings.

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: September 1, 2010         /s/ Susan Phan
                                          SUSAN PHAN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: September 1, 2010         /s/ Marc Days
                                            MARC DAYS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JOSE GUADALUPE VASQUEZ

## O R D E R

Good Cause exists based on the stipulation, and the request is therefore GRANTED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   September 1, 2010**                **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE